**DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE**
**21650 Oxnard St., Suite 500**
**Woodland Hills, CA 91367**
**Telephone: (818) 539-7720**
**Email: dgottlieb@dkgallc.com**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | Case No.: 24-11716-MB |
| RAY HUDSON<br>SAMANEH HUDSON | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]) |

TO THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY OF RECORD,

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to April 23, 2025 at 11:30 AM at TR-7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE for the following reason(s):

Other: Copies of 2024 Federal and State Tax Returns

/s/ David K. Gottlieb
DAVID K. GOTTLIEB, TRUSTEE

I certify that I served the above debtor(s), debtors counsel of record, if any, on March 19, 2025

/s/ Renee Johnson
Renee Johnson, Administrator

**PLEASE SUBMIT A VALID COLOR COPY OF YOUR PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER AT LEAST 7 DAYS PRIOR TO THE CONTINUED MEETING OF CREDITORS.**

RAY HUDSON
4955 Calle Robleda
Agoura, CA 91301